FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRMA SERNA DE CASTILLO,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY of AMERICA, a foreign insurance company,<br><br>                Defendant. | NO:  4:23-CV-5173-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulation for Order of Dismissal. ECF No. 10.  The parties agree that all claims in this action should be dismissed with prejudice and without costs, with each party to bear their own attorneys' fees and other litigation expenses.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal, ECF No. 10, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice without costs, with each party to bear their own attorneys' fees and other litigation expenses.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED March 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2