AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 26, 2024**

SEAN F. MCAVOY, CLERK

IRMA SERNA DE CASTILLO,

*Plaintiff*

v.

FIRST NATIONAL INSURANCE COMPANY of AMERICA, a foreign insurance company,

*Defendant*

Civil Action No.  4:23-CV-5173-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation for Order of Dismissal, ECF No. 10, is GRANTED.
Pursuant to the Order filed at ECF No. 11, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on the parties' Stipulation for Order of Dismissal.

Date:  3/26/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza